### HARMON LEVISON v. G. H. KROHNE.

The payment to Confederate States receiver did not discharge the debt, as decided in Luter v. Hunter, *ante p.* 688.

APPEAL from Washington. The case was tried before Hon. JAMES E. SHEPARD, one of the district judges.

The original note of $250 was executed to Howes, Hyatt & Co., of New York. The case was tried upon the following agreed statement of facts:

"The defendant executed to the plaintiff the note sued on and described in the plaintiff's petition for a valuable consideration. During the late civil war between the so-called Confederate States and the United States the said note was confiscated by the so-called Confederate States government, and the principal and interest of the note sued on paid over by the defendant to the Confederate States receiver in the currency commonly called confederate treasury notes, and the note delivered up to be canceled by the defendant, which was done. It is agreed that the above are all the facts in this cause, and that all the matters of law and fact shall be submitted to the court without a jury; and, if in the opinion of the court the law is for the plaintiff, he shall have judgment for the note sued on, with interest and costs; and if, in the opinion of the court, the law is with the defendant, judgment shall be rendered in his favor."

The judgment was for the defendant.

No briefs have been furnished to the *Reporter*.

MORRILL, C. J.—The opinion of the court in Luter v. Hunter [*ante, p.* 688] is decisive of this cause, and for the reasons set forth; because the judgment of the court is erroneous the same is reversed, and the cause remanded, with directions as stated in said opinion of Luter v. Hunter.

REVERSED AND REMANDED.